UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cause No. 3:11-CR-138 |
| | ) |
| SHAWN FOX | ) |

## OPINION AND ORDER

Shawn Fox pleaded guilty in August 2013 to armed bank robbery in violation of 18 U.S.C. § 2113(d), and was sentenced to a term of 120 months' imprisonment. The term of imprisonment was reduced to 68 months on April 27, 2015 [Doc. No. 47]. As part of his plea agreement, Mr. Fox waived the right to appeal or contest his conviction and sentence or the manner in which they were determined or imposed, including any appeal under 18 U.S.C. § 3742 or any post-conviction proceeding under 28 U.S.C. § 2255. The criminal proceedings in this case have concluded and Mr. Fox hasn't challenged his conviction or sentence, but he is now before the court requesting a transcript of his February 7, 2014 sentencing hearing and the court's sentencing memorandum [Doc. No. 42].

Mr. Fox may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in

Accordingly, Mr. Fox's request for a transcript of the February 7, 2014 sentencing hearing [Doc. No. 48] is DENIED; but the Clerk is DIRECTED to send certified copies of the court's sentencing memorandum [Doc. No. 42] and the April 27, 2015 amended judgment [Doc. No. 47] to him at the Atwater U.S. Penitentiary, in Atwater, California.

SO ORDERED.

ENTERED:   June 1, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court

---

habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.